```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                              Case No. 11-08526-RNO
Gerald C. Grove                                                     Chapter 13
Diane E. Grove
        Debtors                         **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: LyndseyPr         Page 1 of 1         Date Rcvd: Mar 10, 2017
                            Form ID: ntrevtfr       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2017.
db/jdb       +Gerald C. Grove,    Diane E. Grove,    7069 Hemlock Road,    Harrisburg, PA 17112-9666

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    M & T Bank ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    M & T Bank ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Craig A. Diehl    on behalf of Interested Party    R.J. Fisher and Associates, Inc.
               cdiehl@cadiehllaw.com, jhanawalt@cadiehllaw.com
              Howard Gershman    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              John Matthew Hyams    on behalf of Joint Debtor Diane E. Grove jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor Gerald C. Grove jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin S Abel    on behalf of Debtor Gerald C. Grove jsa@johnhyamslaw.com
              Justin S Abel    on behalf of Joint Debtor Diane E. Grove jsa@johnhyamslaw.com
              Kevin T McQuail    on behalf of Creditor    M & T Bank ecfmail@mwc-law.com
              Lawrence G. Frank    on behalf of Attorney William J. Peters lawrencegfrank@gmail.com,
               trusteefrank@gmail.com
              Marisa Myers Cohen    on behalf of Creditor    M & T Bank Mcohen@mwc-law.com
              Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 15

ntrevtfr(04/14)

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Gerald C. Grove
Diane E. Grove

Debtor(s)

Chapter 13

Case No. 1:11−bk−08526−RNO

## Notice

Notice to the Debtors:

The Trustee has filed a final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

Pursuant to L.B.R. 3015−5 a discharge will not be entered for both debtors unless a Certification Regarding Domestic Support Obligations and a Certification About a Financial Management Course are filed. Only certifications filed on or after the date the Trustee certifies plan payments were completed are valid, certifications filed before that date must be refiled.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> PO Box 908 <br> Harrisburg, PA 17108 <br> (717) 901−2800 | **For the Court:** <br> Clerk of the Bankruptcy Court: <br> Terrence S. Miller <br> By: LyndseyPrice |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 10, 2017 |