Certificate Number: 00301-PAM-DE-029043733

Bankruptcy Case Number: 11-08526



00301-PAM-DE-029043733

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 5, 2017</u>, at <u>10:25</u> o'clock <u>PM EDT</u>, <u>GERALD C GROVE</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 5, 2017</u>                By:    <u>/s/Iris Serrano</u>

Name: <u>Iris Serrano</u>

Title: <u>Certified Bankruptcy Counselor</u>

Certificate Number: 00301-PAM-DE-029043734

Bankruptcy Case Number: 11-08526



00301-PAM-DE-029043734

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 5, 2017</u>, at <u>10:25</u> o'clock <u>PM EDT</u>, <u>DIANE E GROVE</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 5, 2017</u>

By: <u>/s/Iris Serrano</u>

Name: <u>Iris Serrano</u>

Title: <u>Certified Bankruptcy Counselor</u>