```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 11-08526-RNO
Gerald C. Grove                                                     Chapter 13
Diane E. Grove
        Debtors                     **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: LyndseyPr          Page 1 of 1          Date Rcvd: Apr 13, 2017
                              Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2017.
db/jdb         +Gerald C. Grove,    Diane E. Grove,    7069 Hemlock Road,    Harrisburg, PA 17112-9666

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2017 at the address(es) listed below:
              Ann E. Swartz     on behalf of Creditor    M & T Bank ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    M & T Bank ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Craig A. Diehl    on behalf of Interested Party    R.J. Fisher and Associates, Inc.
               cdiehl@cadiehllaw.com, jhanawalt@cadiehllaw.com
              Howard Gershman    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              John Matthew Hyams    on behalf of Joint Debtor Diane E. Grove jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor Gerald C. Grove jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin S Abel    on behalf of Debtor Gerald C. Grove jsa@johnhyamslaw.com
              Justin S Abel    on behalf of Joint Debtor Diane E. Grove jsa@johnhyamslaw.com
              Kevin T McQuail    on behalf of Creditor    M & T Bank ecfmail@mwc-law.com
              Lawrence G. Frank    on behalf of Attorney William J. Peters lawrencegfrank@gmail.com,
               trusteefrank@gmail.com
              Marisa Myers Cohen    on behalf of Creditor    M & T Bank Mcohen@mwc-law.com
              Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 15

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Gerald C. Grove<br>7069 Hemlock Road<br>Harrisburg, PA 17112 | Chapter 13<br>Case No. 1:11−bk−08526−RNO |
| Diane E. Grove<br>7069 Hemlock Road<br>Harrisburg, PA 17112 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−5506
xxx−xx−7926

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: April 13, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk